———o———

STATE OF MISSOURI, Respondent, vs. WILLIAM BARRETT, Appellant.

1. State vs. Burns, *ante*, p. 274, affirmed.

*Appeal from St. Louis Criminal Court.*

WAGNER, Judge, delivered the opinion of the court.

The defendant was indicted with Christopher Burns, for committing the crime of rape. At the trial he was convicted, and sentenced to imprisonment in the penitentiary. The case is essentially the same as State vs. Burns, decided at this term, and presents no new points for review.

We have seen no error in the record and the judgment must be affirmed. The other judges concur.